UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

**SOUTHEASTERN TRANSPORT INC.**               Case # 05-40241
                                                  (Chapter 7)
         **Debtor.**
_____

**FINAL REPORT AND ACCOUNT OF TRUSTEE, APPLICATION FOR
COMMISSION AND REIMBURSEMENT OF TRUSTEE EXPENSES,
APPLICATION TO DISBURSE FUNDS OF ESTATE, APPLICATION TO
ABANDON, APPLICATION FOR DISCHARGE OF TRUSTEE, AND
OBJECTION TO LATE FILED CLAIMS**

By and through counsel the undersigned trustee respectfully submits this final report, account and application:

1. That Wayne Sigmon is the duly qualified and acting trustee in the above-referenced case (the "Trustee").

2. Upon appointment herein, the Trustee examined the debtor's officer or principals, and investigated into matters concerning the administration of this estate.

3. The Trustee has examined into the amount paid prior to the filing of the debtor's petition to any attorney for the debtor for services rendered or to be rendered in connection with this bankruptcy proceeding. No payment appears to have been made except as stated in the petition.

4. The Trustee has now administered all the assets of this estate known to the Trustee; the time for filing claims herein has expired; and this estate is ready to be closed. The Trustee has examined the claims filed herein to the extent warranted.

5. Pursuant to Bankruptcy Rule 2016, the Trustee states that he has not directly or indirectly shared or agreed to share the commissions and reimbursed expenses paid or allowed in this case with any person, nor has he shared or agreed to share in the compensation of any person rendering services in this case in violation of 11 U.S.C. § 504.

6. The Trustee respectfully requests that he be allowed a reasonable commission and expenses of administration as shown on the attached Exhibit "C", hereby incorporated by reference.

7. The Trustee respectfully alleges and represents that the value of his services herein are reasonably worth the amount of maximum compensation permitted by 11 U.S.C. § 326(a).

8. The Trustee proposes to abandon all books and records of the debtor, or alternatively, to destroy any books and records not claimed by the debtor or the Internal Revenue Service within thirty (30) days of the Order Approving Final Report and Authorizing Disbursement, and to abandon any property of the debtor disclosed in the bankruptcy schedules and not otherwise liquidated for the estate, including, but not limited to all uncollected accounts receivable and notes; EXCEPT THAT the Trustee proposes that the following rights/judgments on behalf of the estate not be abandoned:

NONE

9. Attached hereto, marked Exhibit "A", and hereby incorporated by reference, is a true and complete account of all monies received by the Trustee.

10. Attached hereto, marked Exhibit "B", and hereby incorporated by reference, is a statement of the computation of the Trustee's compensation in this case.

11. Attached hereto, marked Exhibit "C", and incorporated by reference, is a schedule of proposed final disbursements of all estate funds in this case, including any amounts previously disbursed pursuant to prior order of this Court or in reliance upon approval of this final report and account.

12. The last day for filing claims in this case was July 20, 2006. The Trustee hereby objects to any claim filed after July 20, 2006, and prays the Court that claims filed after said date be totally disallowed.

13. In order to efficiently close this estate, the Trustee requests that any Order approving this Final Report and Account provide that the actual distribution that creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100, whichever is greater, without further notice.

**WHEREFORE**, the Trustee prays that an Order be entered:

1. approving and confirming the Trustee's final report and account;

2. granting the Trustee's application for commissions and reimbursement of expenses;

3. ordering a final distribution of funds of the estate, with the proviso that the actual distribution that creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100, whichever is greater, without further Notice;

    4.    relieving the Trustee of all liability for any and all taxes in or on account of or alleged in any manner to be due by this estate or the Trustee;

    5.    discharging the Trustee upon payment of all amounts as directed by the Court's order of final distribution;

    6.    authorizing the Trustee to abandon any books and records and any property of the debtor disclosed in the bankruptcy schedules or identified in this bankruptcy and not otherwise liquidated for the estate; and

    7.    that any claims filed in this case after July 20, 2006 be totally disallowed.

Dated:_____    _____

                                      ***Wayne Sigmon, Trustee***


BY:  _____

***Wayne Sigmon, Attorney for the Trustee***
Wayne Sigmon Attorney at Law PLLC
518 South New Hope Road
Gastonia, North Carolina  28054
(704) 865-6265

**EXHIBIT "A"**

**LIST OF ALL MONIES RECEIVED BY TRUSTEE**

```
ACCOUNTANTS RECEIVABLE FROM NUMEROUS SOURCES     $83466.09
NORTH CAROLINA: TAX REFUND                       $ 1033.84
ARIZONA: REFUND                                  $  130.46
CAROLINA 1ST BANK: ACCOUNT BALANCE               $ 8804.97
NORTH CAROLINA: LICENSE PLATE REFUND             $ 2551.14
ECONOMY TRANSPORT GROUP: ORDER 6/24/2005         $30150.00
STEWART & STEVENSON: OVERPAYMENT                 $   81.00
BANK OF AMERICA: INTEREST                        $ 2563.37
```

**Note:**   See monthly reports for details

**TOTAL RECEIPTS:**                              **$128,780.87**

**TOTAL UPON WHICH COMMISSION IS CALCULATED:**   **$128,780.87**

**EXHIBIT "B"**

**COMPUTATION OF TRUSTEE COMMISSION**

(1)   Cases filed on or after 10/22/94

```
25% of the first $ 5,000 = $ 1,250.00
10% of the next   45,000 =   4,500.00
 5% of the next  950,000 =  47,500.00
   3% in excess of $1,000,000
```

**TOTAL TRUSTEE COMMISSION:**                    **$9689.04**

**EXHIBIT "C"**

**DISBURSEMENTS OF TRUSTEE**

I.  Secured Claims:

| Claimant | Claim # | Order Dated | Disbursements |
|---|---|---|---|
| JASON SPROUSE | 44 | 11-3-06 | .00 |
| JASON SPROUSE | 45 | 11-3-06 | .00 |
| FINANCIAL FEDERAL CREDIT | 50 | 12-6-06 | $25329.23 |
| HARRIS COUNTY/CITY OF HOUSTON | 62 | 12-6-06 | .00 |
| HOUSTON ISD | 63 | 12-6-06 | .00 |
| JAMES GRIMES | 111 | 11-3-06 | .00 |

**TOTAL DISBURSEMENTS ON SECURED CLAIMS:**            **$25,329.23**

**EXHIBIT "C"**

**DISBURSEMENTS OF TRUSTEE**

| I. Claims of Admin.: (11 U.S.C. 503) | Amount of Claim | Amount of Allowed Claim | Amount of Previous | Amount of Final Payment |
|---|---|---|---|---|
| INTERNATIONAL SURETIES: BOND PREMIUM | $617.91 | $617.91 | $617.91 | .00 |
| SANDRA KING: POST-PETITION WAGES | $1200.00 | $1200.00 | $1200.00 | .00 |
| MICHAEL HOPPER: POST-PETITION WAGES | $75.00 | $75.00 | $75.00 | .00 |
| RITZ STANLEY: POST-PETITION WAGES | $46.00 | $46.00 | $46.00 | .00 |
| DEAN TAPP: POST-PETITION WAGES AND ORDER 6/30/05 | $6080.00 | $6080.00 | $6080.00 | .00 |
| JAMES BRYAN CANIPE: ORDER DATED 9/1/05 | $2224.00 | $2224.00 | $2224.00 | .00 |
| EDWARD P. BOWERS: ACCOUNTANTS FEES AND EXPENSES | $9791.93 | $9791.93 | .00 | $9791.93 |
| WAYNE SIGMON: TRUSTEE COMMISSION | $9689.04 | $9689.04 | .00 | $9689.04 |
| WAYNE SIGMON: ATTORNEYS FEES AND EXPENSES | $13859.24 | $13859.24 | .00 | $13859.24 |
| UNITED STATES OF AMERICA/BANKRUPTCY CT.: QUARTERLY FEES | $250.00 | $250.00 | .00 | $250.00 |

**TOTAL ADMINISTRATIVE DISBURSEMENTS:**            **$43833.12**

**DIVIDEND PERCENT ON ALLOWED ADMINISTRATIVE CLAIMS:**            **100%**

**CHAPTER 11 ADMINISTRATIVE CLAIMS**

**LOWDERMILK, CHURCH AND CO. (CLAIM 58)**

```
                      $1330.00    $1330.00        .00        $1330.00
HAMILTON FAY MOON STEPHENS STEELE & MARTIN, PLLC (CLAIM 59)
                      $27241.18   $27241.18       .00        $27241.18
```

**TOTAL CHAPTER 11 ADMINISTRATIVE CLAIMS**             **$28,571.18**

**DIVIDEND PERCENT ALLOWED**             **100%**

### EXHIBIT "C"

### DISBURSEMENTS OF TRUSTEE

| II. Other Priority Claims (11 U.S.C. 407(a)(2-7)) | Claim No. | Amount of Claim | Amount of Allowed Cl. | Amount of Previous Disbrsmt. | Amount of Final Payment |
|---|---|---|---|---|---|
| RUTHERFORD COUNTY TAX | 3 | $5861.17 | $5861.17 | .00 | .00 |
| SHELBY WALK-IN CENTER | 5 | $373.00 | .00 | .00 | .00 |
| WILLIAM ALEXANDER | 6 | $1379.38 | $1379.38 | .00 | $521.47 |
| HERCULES WOLFE | 9 | $4720.73 | $4650.00 | .00 | $1757.91 |
| MAGEMJ CORP. | 11 | $1300.00 | .00 | .00 | .00 |
| HAROLD G. OGLE | 13 | $4757.00 | $4650.00 | .00 | $1757.91 |
| MONTGOMERY'S E-Z MARKT. | 15 | $489.67 | .00 | .00 | .00 |
| CHARLES A. GREEN | 17 | $2808.75 | $2808.75 | .00 | $988.45 |
| LENA STEPHENS | 20 | $500.00 | .00 | .00 | .00 |
| FOUNTAIN ELECTRIC | 24 | $3162.11 | .00 | .00 | .00 |
| NEW YORK STATE DEPT. OF TAXATION & FINANCE | 27 | $157.88 | $157.88 | .00 | .00 |
| V&P ENTERPRISE, INC. | 29 | $4650.00 | $4650.00 | .00 | $2429.71 |
| CHARLES PAYNE | 32 | $4650.00 | $4650.00 | .00 | $1636.42 |
| BLUE WATER TRANSP. | 34 | $1500.00 | .00 | .00 | .00 |
| PYLE, DAVID C. | 35 | $2997.79 | $2997.79 | .00 | $1133.30 |
| BENNY LEE MOGAN | 38 | $3903.00 | .00 | .00 | .00 |
| JASON SPROUSE | 45 | $1375.00 | $1375.00 | .00 | $483.90 |
| LARRY DOUGLAS BROWN | 47 | $1752.70 | $1752.70 | .00 | $616.81 |
| NCDR | 52 | SEE 119 AND 120 | | | |
| JOHN WESLEY TRADER | 55 | $1554.40 | $1554.40 | .00 | $587.63 |
| TJ HUYSER ENTERP. | 61 | $555.00 | .00 | .00 | .00 |
| NC EMPLOYM. SEC. COMM. | 65 | $11160.67 | $11160.67 | .00 | .00 |
| RODNEY COURTNEY MOTORSPT | 69 | $1375.78 | .00 | .00 | .00 |
| SOUTHEASTERN/JIMMY MEEKS | 73 | $2350.00 | $2350.00 | .00 | $827.01 |
| SOUTHEASTERN/LESTER PALMER | 74 | $1273.54 | $1273.54 | .00 | $481.45 |
| MARION HAMILTON | 85 | $1690.00 | $1690.00 | .00 | $594.75 |
| DONALD W. SANFORD | 86 | $10000.00 | $4650.00 | .00 | $1757.91 |
| JOSEPH D. ATCHLEY | 87 | $2400.00 | $2400.00 | .00 | $844.61 |
| NCDR | 91 | $7347.93 | $7347.93 | .00 | .00 |
| SCOTT, JAMES | 92 | $2644.74 | $2644.74 | .00 | $999.82 |
| WILLIAM DEAN TAPP | 96 | $4650.00 | $4650.00 | .00 | $1757.91 |
| WALTER JERRY WALTERS | 97 | $3037.63 | $3037.63 | .00 | $1069.00 |
| IRS | 101, 107, 113, 114, 115, 118 see 121 | | | | |
| DARRELL J. BARRETT | 103 | $1604.34 | $1604.34 | .00 | $564.59 |
| BOBBY TED SAMS | 104 | $5000.00 | .00 | .00 | .00 |
| JAMES GRIMES | 111 | $2133.40 | $4650.00 | .00 | $1757.91 |
| RUTHERFORD COUNTY TAX | 116, 117 | $12244.21 | $12244.21 | .00 | .00 |
| NCDR | 119 | $14237.61 | $14237.61 | .00 | .00 |
| NCDR | 120 | $23532.43 | $23532.43 | .00 | .00 |

```
IRS                          121    $74545.46    $74545.46    .00         .00
IRS                                 FEDERAL WITHHOLDING TAXES ON WAGES PAID    $7912.76
NCDR                                N.C. WITHHOLDING TAXES ON WAGES PAID       $566.11
IRS                                 FEDERAL UNEMPLOYMENT TAXES ON WAGES PAID   *
IRS                                 EMPLOYER MATCHING TAXES ON WAGES PAID      *
NCDR                                N.C. UNEMPLOYMENT TAXES ON WAGES PAID      *
*THESE WILL NOT BE PAID
```

**TOTAL DISBURSEMENTS ON § 507(a)(2-7) PRIORITY CLAIMS:**          **$31,047.34**

**DIVIDEND PERCENT ON ALLOWED PRIORITY CLAIMS:**          **52.252% ON WAGES**
                                                          **0% ON ALL OTHERS**

## EXHIBIT "C"

## DISBURSEMENTS OF TRUSTEE

| III. General Unsecured Claims | Claim No. | Amount of Claim | Amount of Allowed Cl. | Amount of Previous Disbrsmt. | Amount of Final Payment |
|---|---|---|---|---|---|
| BROAD RIVER WATER AUTH. | 1 | $268.86 | .00 | .00 | .00 |
| GARY MORGAN | 2 | $222916.24 | $222916.24 | .00 | .00 |
| CONSOLIDATED TIRES, INC | 4 | $13563.86 | $13563.86 | .00 | .00 |
| SHELBY WALK-IN CENTER | 5 | | $373.00 | .00 | .00 |
| WILLIAM ALEXANDER | 6 | $210.00 | $210.00 | .00 | .00 |
| CAROLINA FIRST BANK | 7 | $22031.78 | .00 | .00 | .00 |
| CITY OF HOUSTON, TX | 8 | $30.50 | $30.50 | .00 | .00 |
| HERCULES WOLFE | 9 | | $70.73 | .00 | .00 |
| MAGEMJ CORP. | 10 | $1300.00 | .00 | .00 | .00 |
| MAGEMJ CORP. | 11 | | $1300.00 | .00 | .00 |
| JOHN WESLEY TRADER | 12 | .00 | .00 | .00 | .00 |
| HAROLD G. OGLE | 13 | .00 | $107.00 | .00 | .00 |
| FLEETPRIDE | 14 | $21474.71 | $21474.71 | .00 | .00 |
| MONTGOMERY'S E-Z MARK. | 15 | | $489.67 | .00 | .00 |
| JOHN N. JIHN III, INC. | 16 | $4767.00 | $4767.00 | .00 | .00 |
| LIBERTY MUTUAL INS. | 18 | $1782.00 | $1782.00 | .00 | .00 |
| DATA IMAGING & ASSOC. | 19 | $861.20 | $861.20 | .00 | .00 |
| LENA STEVENS | 20 | $1600.00 | $1600.00 | .00 | .00 |
| PENSKE TRUCK LEASING | 21 | $1976.95 | $1976.95 | .00 | .00 |
| PENSKE TRUCK LEASING | 22 | $18022.81 | $18022.81 | .00 | .00 |
| KEVIN PATSEY | 23 | | $2200.00 | .00 | .00 |
| FOUNTAIN ELECTRIC, INC. | 24 | | $3162.11 | .00 | .00 |
| DADE ENTERPRISES | 25 | $1600.00 | .00 | .00 | .00 |
| CIT TECHNOLOGY FIN. | 26 | $33705.02 | $33705.02 | .00 | .00 |
| NEW YORK STATE TAX | 27 | $17.21 | $17.21 | .00 | .00 |
| EAGLE CAPITAL CORP. | 28 | $2900.00 | $2900.00 | .00 | .00 |
| V&P ENTERPRISES | 29 | | $8396.00 | .00 | .00 |
| UNITED PARCEL SERV. | 30 | $5319.02 | .00 | .00 | .00 |
| DADE ENTERPRISES | 31 | $1600.00 | $1600.00 | .00 | .00 |
| CHARLES PAYNE | 32 | | $30525.38 | .00 | .00 |
| JJ KELLER | 33 | $503.34 | $503.34 | .00 | .00 |
| BENNETT DIST. OF UTICA | 36 | $2650.00 | .00 | .00 | .00 |
| ACE AMERICA'S CASH | 37 | $1529.91 | $1529.91 | .00 | .00 |
| BENNY LEE MOGAN | 38 | | $3903.00 | .00 | .00 |
| TRANSCORE | 39 | $715.77 | $715.77 | .00 | .00 |
| SBC SOUTHWEST | 40 | $1653.14 | .00 | .00 | .00 |
| DUKE ENERGY | 41 | $383.57 | $383.57 | .00 | .00 |
| EAST-WEST TRADE, INC. | 42 | $1129.00 | $1129.00 | .00 | .00 |
| DEAN TAPP | 43 | $4992.33 | .00 | .00 | .00 |
| JASON SPROUSE | 44 | $375.00 | .00 | .00 | .00 |

```
QUAKER TRANSPORTATION    46    $1800.00      $1800.00      .00    .00
WC MCQUAIDE INC          48    $441.97       .00           .00    .00
ROBERT B. MYERS          49    $6905.00      $6905.00      .00    .00
TIRE CENTERS, LLC        51    $12693.60     $12693.60     .00    .00
NCDR                     52    SEE 119 AND 120
BOST TRUCKING            53    $90.00        $90.00        .00    .00
CHARLOTTE CHECK CASH.    54    $499.25       .00           .00    .00
CHARLOTTE CHECK CASH.    56    $499.25       .00           .00    .00
CHARLOTTE CHECK CASH.    57    $499.25       $499.25       .00    .00
NAVISTAR FINANC.         60                  $1021656.62   .00    .00
HARRIS COUNTY/CITY HOUST.62                  $21012.87     .00    .00
HOUSTON ISD              63                  $24128.63     .00    .00
NORFOLK SOUTHERN RAILW.  64    $52438.73     $52438.73     .00    .00
NC EMPLY. SEC. COMM      65    $3906.24      $3906.24      .00    .00
R. COURTNEY MOTORSP.     66    .00           .00           .00    .00
R. COURTNEY MOTORSP.     67    .00           .00           .00    .00
R. COURTNEY MOTORSP.     68    .00           .00           .00    .00
R. COURTNEY MOTORSP.     69                  $1375.78      .00    .00
JESUS ANGUIANO           70    $2800.00      .00           .00    .00
TRANSPORT ALL. BANK      71    $877984.41    $877984.41    .00    .00
RICHARD RAY & CONSULT    72    $12284.18     $12284.18     .00    .00
LIBERTY PRESS            75    $1155.12      .00           .00    .00
SOUTHEASTERN TRANSP.     76    $1388.15      .00           .00    .00
SOUTHEASTERN TRANSP.     77    $1388.15      .00           .00    .00
LIBERTY PRESS            78    $1155.12      .00           .00    .00
JESSE TRIPP DBA J.A.T.   79    $1500.00      .00           .00    .00
LIBERTY PRESS            80    $1155.12      .00           .00    .00
LIBERTY PRESS            81    $1155.12      $1155.12      .00    .00
DAVID TRAVIS             82    $706.82       .00           .00    .00
SOUTHEASTERN TRANSP.     83    .00           .00           .00    .00
MARION HAMILTON          84    $1690.00      .00           .00    .00
MARION HAMILTON          85    $1690.00      $1690.00      .00    .00
DONALD W. SANFORD        86    .00           $2485.03      .00    .00
JESUS ANGUIANO W/ANG.TR  88    $2800.00      $2800.00      .00    .00
JESUS ANGUIANO W/ANG.TR  89    $.00          .00           .00    .00
TRANSBORDER LOGIST.      90    $2103.00      .00           .00    .00
NCDR                     91    $1421.78      $1421.78      .00    .00
PPG INDUSTRIES           93    $910.00       $910.00       .00    .00
GEORGE EDWARD CONNELL JR 94    $5000.00      $587.22       .00    .00
GEOBAH DELIV. SERV.      95    .00           .00           .00    .00
WILLIAM DEAN TAPP        96    $7969.87      $3319.87      .00    .00
TRANSPORT INTERN. POOL   98    $480448.12    .00           .00    .00
TRANSPORT INTERN. POOL   99    $372215.15    $372215.15    .00    .00
DANNY RAY MATTHEWS       100   $4000.00      .00           .00    .00
IRS                            101, 107, 113, 114, 115, 118 See 121
SOUTHEASTERN TRANSP      105   $4500.00      .00           .00    .00
CAROLINA FIRST BANK      106   $22942.63     $22942.63     .00    .00
MICHAEL CAPPS            108   .00           .00           .00    .00
CHUCK WILLIAMS           109   .00           .00           .00    .00
WANDA KAY HIGGINS        110   .00           .00           .00    .00
JAMES GRIMES             111   $2950.12      $3265.95      .00    .00
UNITED PARCEL SERV.      112   $1871.82      $1871.82      .00    .00
NCDR                     119   $2409.67      $2409.67      .00    .00
IRS                      121   $25389.44     $25389.44     .00    .00
```

**TOTAL DISBURSEMENTS ON UNSECURED CLAIMS:**                                   .00

**DIVIDEND PERCENT ON ALLOWED UNSECURED CLAIMS:**                              .00

**EXHIBIT "C"**

**DISBURSEMENTS OF TRUSTEE**

IV. TOTAL DISBURSEMENTS (including any amounts previously disbursed)

    A. Administrative Claims **$43,833.12**
       CHAPTER 11 ADMINISTRATIVE CLAIMS **$28,571.18**

    B. Priority Claims other than claims of Administration **$31,047.34**

    C. Secured Claims **$25,329.23**

    D. Unsecured Claims .00

    E. Dividend to Equity Security Holders .00

**TOTAL DISBURSEMENTS** **$128,780.87**

V. MISCELLANEOUS DISBURSEMENTS (including any disbursements that are not to be included in computing Trustee's commission per 11 U.S.C. § 326(a))

    NONE

**TOTAL MISCELLANEOUS DISBURSEMENTS** **NONE**

VI. RECONCILIATION OF RECEIPTS AND DISBURSEMENTS (If the combined total of IV. and V. above does not equal the total receipts as reported in Exhibit A, explain in detail below.)

    RECEIPTS EQUAL DISBURSEMENTS

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the ____ day of _____, 20_____.

                  _____
                  ***Wayne Sigmon, Attorney***


VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

O. Max Gardner III
Attorney for the Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**IN RE:**

**SOUTHEASTERN TRANSPORT INC.**                    Case # 05-40241
                                                    (Chapter 7)
    **Debtor.**
_____

**NOTICE OF APPLICATION TO CLOSE ESTATE
AND DISBURSE FUNDS; NOTICE OF APPLICATION FOR FINAL
ATTORNEY'S AND ACCOUNTANT'S FEES; AND NOTICE OF
OBJECTION TO LATE FILED CLAIMS WITHOUT HEARING AND
NOTICE OF OPPORTUNITY FOR HEARING**

**TO:  Creditors, the debtor and other parties in interest.**

   **NOTICE IS HEREBY GIVEN** that Wayne Sigmon, Trustee herein, has filed a Final Report and Applications with the Court for Commission and Reimbursement of Expenses, to Disburse Funds of the Estate, to Abandon, and to be Discharged, requesting that this estate be closed without final hearing on the basis that the total receipts of this estate total $128,780.87 and the Trustee has proposed disbursements in accordance with the attached Exhibit "A" which is incorporated by reference.

   **NOTICE IS FURTHER GIVEN** that the last day to file claims in this case was July 20, 2006.  The Trustee has objected to any claim filed after July 20, 2006 and has proposed that same be totally disallowed.

   **NOTICE IS FURTHER GIVEN** that Wayne Sigmon, Attorney for the Trustee, has filed Application in this Court for the awarding of final attorney fees and reimbursement of expenses in this case.  A copy of the Application for said fees and expenses and Exhibit "A" attached thereto indicating the dates, times and nature of services rendered by the said Wayne Sigmon on behalf of the estate is available for review at the Office of the Clerk of the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina.  In summary of said Application, Wayne Sigmon requests attorney fees in the sum of $11555.00, plus reimbursement of expenses in the sum of $2304.24, thus rendering a total of $13859.24.

   **NOTICE IS FURTHER GIVEN** that Wayne Sigmon, Trustee, has filed Application in this Court for the awarding of final accounting fees and reimbursement of expenses to Edward P. Bowers of the firm of Middleswarth, Bowers & Company, the duly appointed accountant in this case.  A copy of the Application and of Exhibit "A" attached thereto indicating the dates, times and nature of services rendered by the said Edward P. Bowers of the firm of Middleswarth, Bowers & Company, CPAs, on behalf of the estate is available for review at

the Office of the Clerk of the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina. In summary of said Application, the Trustee requests that he be authorized to pay final accountant fees in the sum of $9672.25, plus reimbursement of expenses in the sum of $119.68, thus rendering a total of $9791.93.

**NOTICE IS FURTHER GIVEN** that the Trustee proposes to abandon any property of the debtor disclosed in its bankruptcy schedules and not otherwise liquidated for the estate, including, but not limited to all uncollected accounts receivable and notes; EXCEPT THAT the Trustee proposes that the following rights/judgments on behalf of the estate not be abandoned:

NONE

**NOTICE IS FURTHER GIVEN that the actual distribution that creditors or parties in interest receive may be reduced by as much as 10% of the proposed distribution or $100, whichever is greater, without further notice.**

**NOTICE IS FURTHER GIVEN** that pursuant to the Bankruptcy Code and the Rules of Bankruptcy Procedure, the Trustee has requested that this estate be closed and that the balance of funds on hand be paid as set forth in the attached Exhibit "A".

**NOTICE IS FURTHER GIVEN** that the Trustee proposes to abandon the books and records of the debtor to the debtor or to officers of the debtor should it be a corporation or, in the alternative, to the Internal Revenue Service, if any request is made to the Trustee, and **should no request be made to the Trustee for the books and records within thirty (30) days from the date of an Order of Distribution herein, that the Trustee be authorized to destroy the books and records without further notice.**

<u>**YOUR RIGHTS MAY BE AFFECTED.**</u>  **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief requested by the above, or if you want the Court to consider your views on this matter, then on or before November 17, 2008, you or your attorney must do three (3) things:

1. **File with the court a written request for a hearing and a written response if you desire to file one at:**

    Unites States Bankruptcy Court
    Western District of North Carolina
    P.O. Box 34189
    Charlotte, NC 28234-4189

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Wayne Sigmon
   Wayne Sigmon Attorney at Law PLLC
   518 South New Hope Road
   Gastonia, North Carolina  28054
   FAX: 704-854-8313

3. **Attend the hearing scheduled for December 19, 2008 at 9:30 o'clock a.m.** at the United States Bankruptcy Court, Western District of North Carolina, Shelby Division, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**This document may contain nonpublic personal information about the consumer-debtor(s) subject to the restrictions of the Federal Gramm-Leach-Biley Act.  Such information, if any, is only included in this document for matters and things related to the bankruptcy case of these consumer-debtor(s).  You may therefore only use this information in connection with proceedings in this bankruptcy case and for no other purpose.  You may not directly or indirectly disclose or reuse any of the consumer-debtor(s)' nonpublic personal information contained in this document for any other purposes.**

Dated:_____            _____
                                 *Wayne Sigmon, Attorney for the Trustee*
                                 State Bar # 7318
                                 Wayne Sigmon Attorney at Law PLLC
                                 518 South New Hope Road
                                 Gastonia, North Carolina  28054
                                 (704) 865-6265

**EXHIBIT "A"**

**DISBURSEMENTS OF TRUSTEE**

I.  Secured Claims:

| Claimant | Claim # | Order Dated | Disbursements |
|---|---|---|---|
| JASON SPROUSE | 44 | 11-3-06 | .00 |
| JASON SPROUSE | 45 | 11-3-06 | .00 |
| FINANCIAL FEDERAL CREDIT | 50 | 12-6-06 | $25329.23 |
| HARRIS COUNTY/CITY OF HOUSTON | 62 | 12-6-06 | .00 |
| HOUSTON ISD | 63 | 12-6-06 | .00 |
| JAMES GRIMES | 111 | 11-3-06 | .00 |

**TOTAL DISBURSEMENTS ON SECURED CLAIMS:**           **$25,329.23**


**EXHIBIT "A"**

**DISBURSEMENTS OF TRUSTEE**

| I. Claims of Admin.: (11 U.S.C. 503) | Amount of Claim | Amount of Allowed Claim | Amount of Previous | Amount of Final Payment |
|---|---|---|---|---|
| INTERNATIONAL SURETIES: BOND PREMIUM | $617.91 | $617.91 | $617.91 | .00 |
| SANDRA KING: POST-PETITION WAGES | $1200.00 | $1200.00 | $1200.00 | .00 |
| MICHAEL HOPPER: POST-PETITION WAGES | $75.00 | $75.00 | $75.00 | .00 |
| RITZ STANLEY: POST-PETITION WAGES | $46.00 | $46.00 | $46.00 | .00 |
| DEAN TAPP: POST-PETITION WAGES AND ORDER 6/30/05 | $6080.00 | $6080.00 | $6080.00 | .00 |
| JAMES BRYAN CANIPE: ORDER DATED 9/1/05 | $2224.00 | $2224.00 | $2224.00 | .00 |
| EDWARD P. BOWERS: ACCOUNTANTS FEES AND EXPENSES | $9791.93 | $9791.93 | .00 | $9791.93 |
| WAYNE SIGMON: TRUSTEE COMMISSION | $9689.04 | $9689.04 | .00 | $9689.04 |
| WAYNE SIGMON: ATTORNEYS FEES AND EXPENSES | $13859.24 | $13859.24 | .00 | $13859.24 |
| UNITED STATES OF AMERICA/BANKRUPTCY CT.: QUARTERLY FEES | $250.00 | $250.00 | .00 | $250.00 |

**TOTAL ADMINISTRATIVE DISBURSEMENTS:**           **$43833.12**

**DIVIDEND PERCENT ON ALLOWED ADMINISTRATIVE CLAIMS:**           **100%**


**CHAPTER 11 ADMINISTRATIVE CLAIMS**

**LOWDERMILK, CHURCH AND CO. (CLAIM 58)**

```
                  $1330.00    $1330.00         .00         $1330.00
HAMILTON FAY MOON STEPHENS STEELE & MARTIN, PLLC (CLAIM 59)
                  $27241.18   $27241.18        .00         $27241.18
```

**TOTAL CHAPTER 11 ADMINISTRATIVE CLAIMS**                              **$28,571.18**

**DIVIDEND PERCENT ALLOWED**                                            **100%**


### EXHIBIT "A"

### DISBURSEMENTS OF TRUSTEE

| II. Other Priority Claims (11 U.S.C. 407(a)(2-7)) | Claim No. | Amount of Claim | Amount of Allowed Cl. | Amount of Previous Disbrsmt. | Amount of Final Payment |
|---|---|---|---|---|---|
| RUTHERFORD COUNTY TAX | 3 | $5861.17 | $5861.17 | .00 | .00 |
| SHELBY WALK-IN CENTER | 5 | $373.00 | .00 | .00 | .00 |
| WILLIAM ALEXANDER | 6 | $1379.38 | $1379.38 | .00 | $521.47 |
| HERCULES WOLFE | 9 | $4720.73 | $4650.00 | .00 | $1757.91 |
| MAGEMJ CORP. | 11 | $1300.00 | .00 | .00 | .00 |
| HAROLD G. OGLE | 13 | $4757.00 | $4650.00 | .00 | $1757.91 |
| MONTGOMERY'S E-Z MARKT. | 15 | $489.67 | .00 | .00 | .00 |
| CHARLES A. GREEN | 17 | $2808.75 | $2808.75 | .00 | $988.45 |
| LENA STEPHENS | 20 | $500.00 | .00 | .00 | .00 |
| FOUNTAIN ELECTRIC | 24 | $3162.11 | .00 | .00 | .00 |
| NEW YORK STATE DEPT. OF TAXATION & FINANCE | 27 | $157.88 | $157.88 | .00 | .00 |
| V&P ENTERPRISE, INC. | 29 | $4650.00 | $4650.00 | .00 | $2429.71 |
| CHARLES PAYNE | 32 | $4650.00 | $4650.00 | .00 | $1636.42 |
| BLUE WATER TRANSP. | 34 | $1500.00 | .00 | .00 | .00 |
| PYLE, DAVID C. | 35 | $2997.79 | $2997.79 | .00 | $1133.30 |
| BENNY LEE MOGAN | 38 | $3903.00 | .00 | .00 | .00 |
| JASON SPROUSE | 45 | $1375.00 | $1375.00 | .00 | $483.90 |
| LARRY DOUGLAS BROWN | 47 | $1752.70 | $1752.70 | .00 | $616.81 |
| NCDR | 52 | SEE 119 AND 120 | | | |
| JOHN WESLEY TRADER | 55 | $1554.40 | $1554.40 | .00 | $587.63 |
| TJ HUYSER ENTERP. | 61 | $555.00 | .00 | .00 | .00 |
| NC EMPLOYM. SEC. COMM. | 65 | $11160.67 | $11160.67 | .00 | .00 |
| RODNEY COURTNEY MOTORSPT | 69 | $1375.78 | .00 | .00 | .00 |
| SOUTHEASTERN/JIMMY MEEKS | 73 | $2350.00 | $2350.00 | .00 | $827.01 |
| SOUTHEASTERN/LESTER PALMER | 74 | $1273.54 | $1273.54 | .00 | $481.45 |
| MARION HAMILTON | 85 | $1690.00 | $1690.00 | .00 | $594.75 |
| DONALD W. SANFORD | 86 | $10000.00 | $4650.00 | .00 | $1757.91 |
| JOSEPH D. ATCHLEY | 87 | $2400.00 | $2400.00 | .00 | $844.61 |
| NCDR | 91 | $7347.93 | $7347.93 | .00 | .00 |
| SCOTT, JAMES | 92 | $2644.74 | $2644.74 | .00 | $999.82 |
| WILLIAM DEAN TAPP | 96 | $4650.00 | $4650.00 | .00 | $1757.91 |
| WALTER JERRY WALTERS | 97 | $3037.63 | $3037.63 | .00 | $1069.00 |
| IRS | 101, 107, 113, 114, 115, 118 see 121 | | | | |
| DARRELL J. BARRETT | 103 | $1604.34 | $1604.34 | .00 | $564.59 |
| BOBBY TED SAMS | 104 | $5000.00 | .00 | .00 | .00 |
| JAMES GRIMES | 111 | $2133.40 | $4650.00 | .00 | $1757.91 |
| RUTHERFORD COUNTY TAX | 116, 117 | $12244.21 | $12244.21 | .00 | .00 |
| NCDR | 119 | $14237.61 | $14237.61 | .00 | .00 |
| NCDR | 120 | $23532.43 | $23532.43 | .00 | .00 |

```
IRS                  121    $74545.46   $74545.46    .00        .00
IRS                         FEDERAL WITHHOLDING TAXES ON WAGES PAID   $7912.76
NCDR                        N.C. WITHHOLDING TAXES ON WAGES PAID      $566.11
IRS                         FEDERAL UNEMPLOYMENT TAXES ON WAGES PAID    *
IRS                         EMPLOYER MATCHING TAXES ON WAGES PAID       *
NCDR                        N.C. UNEMPLOYMENT TAXES ON WAGES PAID       *
*THESE WILL NOT BE PAID
```

**TOTAL DISBURSEMENTS ON § 507(a)(2-7) PRIORITY CLAIMS:**          **$31,047.34**

**DIVIDEND PERCENT ON ALLOWED PRIORITY CLAIMS:**          **52.252% ON WAGES**
                                                         **0% ON ALL OTHERS**

### EXHIBIT "A"

### DISBURSEMENTS OF TRUSTEE

| III. General Unsecured Claims | Claim No. | Amount of Claim | Amount of Allowed Cl. | Amount of Previous Disbrsmt. | Amount of Final Payment |
|---|---|---|---|---|---|
| BROAD RIVER WATER AUTH. | 1 | $268.86 | .00 | .00 | .00 |
| GARY MORGAN | 2 | $222916.24 | $222916.24 | .00 | .00 |
| CONSOLIDATED TIRES, INC | 4 | $13563.86 | $13563.86 | .00 | .00 |
| SHELBY WALK-IN CENTER | 5 | | $373.00 | .00 | .00 |
| WILLIAM ALEXANDER | 6 | $210.00 | $210.00 | .00 | .00 |
| CAROLINA FIRST BANK | 7 | $22031.78 | .00 | .00 | .00 |
| CITY OF HOUSTON, TX | 8 | $30.50 | $30.50 | .00 | .00 |
| HERCULES WOLFE | 9 | | $70.73 | .00 | .00 |
| MAGEMJ CORP. | 10 | $1300.00 | .00 | .00 | .00 |
| MAGEMJ CORP. | 11 | | $1300.00 | .00 | .00 |
| JOHN WESLEY TRADER | 12 | .00 | .00 | .00 | .00 |
| HAROLD G. OGLE | 13 | .00 | $107.00 | .00 | .00 |
| FLEETPRIDE | 14 | $21474.71 | $21474.71 | .00 | .00 |
| MONTGOMERY'S E-Z MARK. | 15 | | $489.67 | .00 | .00 |
| JOHN N. JIHN III, INC. | 16 | $4767.00 | $4767.00 | .00 | .00 |
| LIBERTY MUTUAL INS. | 18 | $1782.00 | $1782.00 | .00 | .00 |
| DATA IMAGING & ASSOC. | 19 | $861.20 | $861.20 | .00 | .00 |
| LENA STEVENS | 20 | $1600.00 | $1600.00 | .00 | .00 |
| PENSKE TRUCK LEASING | 21 | $1976.95 | $1976.95 | .00 | .00 |
| PENSKE TRUCK LEASING | 22 | $18022.81 | $18022.81 | .00 | .00 |
| KEVIN PATSEY | 23 | | $2200.00 | .00 | .00 |
| FOUNTAIN ELECTRIC, INC. | 24 | | $3162.11 | .00 | .00 |
| DADE ENTERPRISES | 25 | $1600.00 | .00 | .00 | .00 |
| CIT TECHNOLOGY FIN. | 26 | $33705.02 | $33705.02 | .00 | .00 |
| NEW YORK STATE TAX | 27 | $17.21 | $17.21 | .00 | .00 |
| EAGLE CAPITAL CORP. | 28 | $2900.00 | $2900.00 | .00 | .00 |
| V&P ENTERPRISES | 29 | | $8396.00 | .00 | .00 |
| UNITED PARCEL SERV. | 30 | $5319.02 | .00 | .00 | .00 |
| DADE ENTERPRISES | 31 | $1600.00 | $1600.00 | .00 | .00 |
| CHARLES PAYNE | 32 | | $30525.38 | .00 | .00 |
| JJ KELLER | 33 | $503.34 | $503.34 | .00 | .00 |
| BENNETT DIST. OF UTICA | 36 | $2650.00 | .00 | .00 | .00 |
| ACE AMERICA'S CASH | 37 | $1529.91 | $1529.91 | .00 | .00 |
| BENNY LEE MOGAN | 38 | | $3903.00 | .00 | .00 |
| TRANSCORE | 39 | $715.77 | $715.77 | .00 | .00 |
| SBC SOUTHWEST | 40 | $1653.14 | .00 | .00 | .00 |
| DUKE ENERGY | 41 | $383.57 | $383.57 | .00 | .00 |
| EAST-WEST TRADE, INC. | 42 | $1129.00 | $1129.00 | .00 | .00 |
| DEAN TAPP | 43 | $4992.33 | .00 | .00 | .00 |
| JASON SPROUSE | 44 | $375.00 | .00 | .00 | .00 |

```
QUAKER TRANSPORTATION      46    $1800.00       $1800.00       .00         .00
WC MCQUAIDE INC            48    $441.97        .00            .00         .00
ROBERT B. MYERS            49    $6905.00       $6905.00       .00         .00
TIRE CENTERS, LLC          51    $12693.60      $12693.60      .00         .00
NCDR                       52    SEE 119 AND 120
BOST TRUCKING              53    $90.00         $90.00         .00         .00
CHARLOTTE CHECK CASH.      54    $499.25        .00            .00         .00
CHARLOTTE CHECK CASH.      56    $499.25        .00            .00         .00
CHARLOTTE CHECK CASH.      57    $499.25        $499.25        .00         .00
NAVISTAR FINANC.           60                   $1021656.62    .00         .00
HARRIS COUNTY/CITY HOUST.  62                   $21012.87      .00         .00
HOUSTON ISD                63                   $24128.63      .00         .00
NORFOLK SOUTHERN RAILW.    64    $52438.73      $52438.73      .00         .00
NC EMPLY. SEC. COMM        65    $3906.24       $3906.24       .00         .00
R. COURTNEY MOTORSP.       66    .00            .00            .00         .00
R. COURTNEY MOTORSP.       67    .00            .00            .00         .00
R. COURTNEY MOTORSP.       68    .00            .00            .00         .00
R. COURTNEY MOTORSP.       69                   $1375.78       .00         .00
JESUS ANGUIANO             70    $2800.00       .00            .00         .00
TRANSPORT ALL. BANK        71    $877984.41     $877984.41     .00         .00
RICHARD RAY & CONSULT      72    $12284.18      $12284.18      .00         .00
LIBERTY PRESS              75    $1155.12       .00            .00         .00
SOUTHEASTERN TRANSP.       76    $1388.15       .00            .00         .00
SOUTHEASTERN TRANSP.       77    $1388.15       .00            .00         .00
LIBERTY PRESS              78    $1155.12       .00            .00         .00
JESSE TRIPP DBA J.A.T.     79    $1500.00       .00            .00         .00
LIBERTY PRESS              80    $1155.12       .00            .00         .00
LIBERTY PRESS              81    $1155.12       $1155.12       .00         .00
DAVID TRAVIS               82    $706.82        .00            .00         .00
SOUTHEASTERN TRANSP.       83    .00            .00            .00         .00
MARION HAMILTON            84    $1690.00       .00            .00         .00
MARION HAMILTON            85    $1690.00       $1690.00       .00         .00
DONALD W. SANFORD          86    .00            $2485.03       .00         .00
JESUS ANGUIANO W/ANG.TR    88    $2800.00       $2800.00       .00         .00
JESUS ANGUIANO W/ANG.TR    89    $.00           .00            .00         .00
TRANSBORDER LOGIST.        90    $2103.00       .00            .00         .00
NCDR                       91    $1421.78       $1421.78       .00         .00
PPG INDUSTRIES             93    $910.00        $910.00        .00         .00
GEORGE EDWARD CONNELL JR   94    $5000.00       $587.22        .00         .00
GEOBAH DELIV. SERV.        95    .00            .00            .00         .00
WILLIAM DEAN TAPP          96    $7969.87       $3319.87       .00         .00
TRANSPORT INTERN. POOL     98    $480448.12     .00            .00         .00
TRANSPORT INTERN. POOL     99    $372215.15     $372215.15     .00         .00
DANNY RAY MATTHEWS         100   $4000.00       .00            .00         .00
IRS                              101, 107, 113, 114, 115, 118 See 121
SOUTHEASTERN TRANSP        105   $4500.00       .00            .00         .00
CAROLINA FIRST BANK        106   $22942.63      $22942.63      .00         .00
MICHAEL CAPPS              108   .00            .00            .00         .00
CHUCK WILLIAMS             109   .00            .00            .00         .00
WANDA KAY HIGGINS          110   .00            .00            .00         .00
JAMES GRIMES               111   $2950.12       $3265.95       .00         .00
UNITED PARCEL SERV.        112   $1871.82       $1871.82       .00         .00
NCDR                       119   $2409.67       $2409.67       .00         .00
IRS                        121   $25389.44      $25389.44      .00         .00
```

**TOTAL DISBURSEMENTS ON UNSECURED CLAIMS:**                                              .00

**DIVIDEND PERCENT ON ALLOWED UNSECURED CLAIMS:**                                          .00

# EXHIBIT "A"

## DISBURSEMENTS OF TRUSTEE

IV. TOTAL DISBURSEMENTS (including any amounts previously disbursed)

    A. Administrative Claims **$43,833.12**
        CHAPTER 11 ADMINISTRATIVE CLAIMS **$28,571.18**

    B. Priority Claims other than claims of Administration **$31,047.34**

    C. Secured Claims **$25,329.23**

    D. Unsecured Claims .00

    E. Dividend to Equity Security Holders .00

**TOTAL DISBURSEMENTS** **$128,780.87**

V. MISCELLANEOUS DISBURSEMENTS (including any disbursements that are not to be included in computing Trustee's commission per 11 U.S.C. § 326(a))

    NONE

**TOTAL MISCELLANEOUS DISBURSEMENTS** **NONE**

VI. RECONCILIATION OF RECEIPTS AND DISBURSEMENTS (If the combined total of IV. and V. above does <u>not</u> equal the total receipts as reported in Exhibit A, explain in detail below.)

    RECEIPTS EQUAL DISBURSEMENTS

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the ____ day of _____, 20_____.

                                            _____
                                              ***Wayne Sigmon, Attorney***

**ALL PERSONS LISTED ON THE MAILING MATRIX AND:**

VIA ECF:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

O. Max Gardner III
Attorney for the Debtor