IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

In re: )
)
Southeastern Transport, Inc. ) Case No.: 05-40241
)
) Chapter: 7
Debtor )

JUDGMENT ENTERED ON DEC 0 2 2009

## ORDER TO DISBURSE FUNDS PURSUANT TO 28 U.S.C. §2042

**THIS MATTER** comes before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon the application of Jason Sprouse for disbursement of funds pursuant to 28 U.S.C. §2042, and,

**IT APPEARING** to the Court that the procedure for disbursement required by the aforementioned section of the United States Code and the local rules of this Court having been complied with and that Jason Sprouse is entitled to $483.90 and that the monies should be disbursed,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion to Waive Personal Appearance filed by Jason Sprouse is Granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Clerk arrange for the disbursement to Jason Sprouse and mail said disbursement to Jason Sprouse, 192 Bracket Rd., Forest City, NC 28043 the sum of $483.90, said amount representing unclaimed funds having previously been deposited pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

_____
United States Bankruptcy Judge